B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**District of South Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ashdown Roses, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**57-1111277** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2220 S. Blackstock Road**<br>**Landrum, SC**<br>ZIP Code **29356** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Spartanburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 129**<br>**Campobello, SC**<br>ZIP Code **29322** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**2220 S. Blackstock Road**<br>**Landrum, SC 29356** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Ashdown Roses, Ltd.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ashdown Roses, Ltd.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert H. Cooper**
Signature of Attorney for Debtor(s)

**Robert H. Cooper 5670**
Printed Name of Attorney for Debtor(s)

**The Cooper Law Firm**
Firm Name

**3523 Pelham Rd., Ste. B**
**Greenville,, SC 29615**
Address

**thecooperlawfirm@thecooperlawfirm.com**
**864-271-9911  Fax: 864-232-5236**
Telephone Number

**November 26, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul F. Zimmerman**
Signature of Authorized Individual

**Paul F. Zimmerman**
Printed Name of Authorized Individual

**Owner/CEO**
Title of Authorized Individual

**November 26, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### District of South Carolina

In re  **Ashdown Roses, Ltd.**

Debtor(s)

Case No. _____

Chapter  **11**  _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Paul F. Zimmerman**, declare under penalty of perjury that I am the **Owner/CEO** of  **Ashdown Roses, Ltd.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of November, 2005.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Paul F. Zimmerman, Owner/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Paul F. Zimmerman, Owner/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Paul F. Zimmerman, Owner/CEO** of this Corporation is authorized and directed to employ **Robert H. Cooper 5670**, attorney and the law firm of **The Cooper Law Firm** to represent the corporation in such bankruptcy case."

Date  **November 25, 2008**  _____

Signed  **/s/ Paul F. Zimmerman**  _____

**Paul F. Zimmerman**

Resolution of Board of Directors
of
**Ashdown Roses, Ltd.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Paul F. Zimmerman, Owner/CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Paul F. Zimmerman, Owner/CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Paul F. Zimmerman, Owner/CEO** of this Corporation is authorized and directed to employ **Robert H. Cooper 5670**, attorney and the law firm of **The Cooper Law Firm** to represent the corporation in such bankruptcy case.

Date  **November 25, 2008**                    Signed  **/s/Paul F. Zimmerman**
                                                        **Paul F. Zimmerman, Owner/CEO**

Date  **November 25, 2008**                    Signed  **/s/Christine M. Zimmerman**
                                                        **Christine M. Zimmerman, Secretary**

Date  **November 25, 2008**                    Signed  **/s/Richard Beals**
                                                        **Richard Beals, Director at Large**

# United States Bankruptcy Court
### District of South Carolina

In re    __Ashdown Roses, Ltd.__                                    Case No. _____

                                    Debtor(s)    Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.............................................................. $    _____**15,000.00**

   Prior to the filing of this statement I have received.............................................. $    _____**15,000.00**

   Balance Due................................................................................................................ $    _____**0.00**

2.   $__1,039.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __November 26, 2008__                    __/s/ Robert H. Cooper__
                                    **Robert H. Cooper 5670**
                                    **The Cooper Law Firm**
                                    **3523 Pelham Rd., Ste. B**
                                    **Greenville,, SC 29615**
                                    **864-271-9911  Fax: 864-232-5236**
                                    **thecooperlawfirm@thecooperlawfirm.com**

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re   **Ashdown Roses, Ltd.**                              Case No.   _____

                                Debtor(s)                 Chapter   **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

      The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

      Master mailing list of creditors submitted via:

          (a)    _____ computer diskette

          (b)    _____ scannable hard copy
          (number of sheets submitted _____)

          (c)   **X**  electronic version filed via CM/ECF

Date:   **November 26, 2008**           **/s/ Paul F. Zimmerman**

                                          **Paul F. Zimmerman**/**Owner/CEO**
                                          Signer/Title

Date:   **November 26, 2008**           **/s/ Robert H. Cooper**

                                          Signature of Attorney
                                          **Robert H. Cooper 5670**
                                          **The Cooper Law Firm**
                                          **3523 Pelham Rd., Ste. B**
                                          **Greenville,, SC 29615**
                                          **864-271-9911   Fax: 864-232-5236**
                                          Typed/Printed Name/Address/Telephone

                                          **5670**
                                          District Court I.D. Number

Action International
9575 Benford Ave
Orlando FL 32827


Afni
1435 Lake Cook Road
Deerfield IL 60015


AG South Farm Credit
P O Drawer 1439
Laurens SC 29360


AgSouth Farm Credit ACA
PO Box 1028
Bamberg SC 29003-1028


Alliance Credit Services
P O Box 408
Amherst OH 44001


Alliance One
6565 Kimball Drive
Suite 200
Gig Harbor WA 98335


American Express
P O Box 530001
Atlanta GA 30353


American Rose Society
P O Box 30000
Shreveport LA 71130


Ameritrans World Group
7102 NW 50th Street
Miami FL 33166


Ann   Larry Peck
1000 Mitchell Road
Blaine TN 37709


Ashdown West
P O Box 760
Morongo Valley CA 92256

B B  Hobbs Company
p O Box 1147
Darlington SC 29540


Bank of America
P O  Box 15726
Wilmington DE 19886-5726


Brandon Law Firm
175 Magnolia Suite 101
Spartanburg SC 29306


C  Richard Stewart
11 Whitsett St
Greenville SC 29601


Capital One
P O Box 26074
Richmond VA 23260


Christine Zimmerman
323 Thompson St
Hendersonville NC


Cigna Premium Healthcare
5597 Collections Center Drive
Chicago IL 60693


Citibank Credit Card
P O Box 6000
The Lakes NV 89163


Citibank Credit Card
The Lakes NV 89163


Clifford Orent
P O Box 760
Morongo Valley CA 92256


Corrie Woods
50 Merrywood Lane
Tryon NC 28782

Cox   Ferguson
P O Box 286
Laurens SC 29360


David Austin Roses LTD
15059 Hwy 64 West
Tyler TX 75704


Deborah L  Myers
3814 Collinsville Road
Arcola MS 38722


Dell Business Credit
Payment processing center
P O Box 5275
Carol Stream IL 60197


Dell Financial Services
P O Box 5292
Carol Stream IL 60197


Delucchi  Hawn  Co  LLP
333 W  Santa Clara St
San Jose CA 95113


Dryler Law Office
P O Box 11567
Columbia SC 29211


Engineering Services and Products
1395 John Finch Road
South Windsor CT 06074


FedEx Freight
P O Box 406708
Atlanta GA 30384


Glassy Mountain Lumber
13525 Hwy 11
Campobello SC 29322


Greenheart Farms
P O Box 1510
Arroyo Grande CA 93421

Griffin Greenhouses
P O Box 36
Tewksbury MA 01876


Helena Chemical Company
P O Box 198153
Atlanta GA 30384


HFC
P O Box 17574
Baltimore MD 21297


Hometown News
P O Box 5211
Spartanburg SC 29304


Household Bank
P O Box 80084
Salinas CA 93912


HSBC
P O Box80084
Salinas CA 93912


Internal Revenue Service Employment Taxe
P O Box 267
Covington KY 41019


Intuit Software
P O Box 513340
Los Angeles CA 90051


James   Carole Lewis
176 Sugarloaf Drive
Summerland Key FL 33042


Jay Lichty
50 Merrywood Lane
Tryon NC 28782


Joseph K  Maddox Jr
P O Box 2196
Spartanburg SC 29304

Kimila L  Wooten
Elmore Wall Attys at Law
PO Box 1887
Greenville SC 29602


Landrum Hardware
216 Rutherford St
Landrum SC 29356


Lease Capital Group
P O Box 1075
Devon PA 19333


LEIB
20 E  Clementon Rd  Suite 100 S
Gibbsboro NJ


Linda J  Twomey
PO Box 35
Methuen MA 01844


LTD Financial Services
7322 Southwest Freeway Suite 1600
Houston TX 77074


Mann Bracken
227 W  Trade St
Charlotte NC 28202


Mann Bracken LLC
227 West Trade Street Ste 1610
Charlotte NC 28202-9979


Margaret Helfrich


McAbee Tractor   Turf
3284 E  Gap Creek Road
Greer SC 29651


MCM
P O Box 603
Oaks PA 19456

```
Modular Space
530 Swedesford Road
Wayne PA 19087


Montgomery Insurance
P O Box 2051
Keene NH 03431


Mountain First
101 Jack Street
Hendersonville NC 28792


NationWide Credit Inc
4700 Vestal Pkwy E
Vestal NY 13850


NCO
1804 Washington BLVD
Mailstop 475
Baltimore MD 21230


Organic Plant Health
P O Box 2070
Indian Trail NC 28079


Pam Stone
2000 Caldwell Road
Landrum SC 29356


Paul Zimmerman
2000 Caldwell Road
Campobello SC 29322


Progress Printing
2677 Waterlick Road
Lynchburg VA 24502


Ray   Cindy Norden
315 Gibson Road
Landrum SC 29356


Raymond Norden
315 Gibson Road
Landrum SC 29356
```

Recovery Concepts
1925 E  Beltine Road
Suite 150
Carrollton TX 75006


Richard James    Assoc


Richardson Plowden Robinson  P A
P O  Box 7788
1900 Barnwell Street
Columbia SC 29201


RMS Diane


Rosenberg Press
P O Box 6125
Dural Delivery Centre


Rothwell Law Firm
PO Drawer 2789
Columbia SC 29212


SC Dept of Rev    Tax
PO Box 12265
Columbia SC 29211


SC Dept of Revenue Unemployment
P O Box 125
Columbia SC 29214


SC Dept of Sales Taxes
P O Box 125
Columbia SC 29214


SC Employment Security Commission
Room 401
Columbia SC 29202


Shushok   McCoy
501 Trophy Lake Drive
Suite 314 151
Roanoke TX 76262

Smith Media  LLC
P O Box 11877
Columbia SC 29211


Sonne Gro
P O Box 6906
Knoxville TN 37914


Spartanburg County Tresurer Land  Vehicl
P O Box 5807
Spartanburg SC 29304


Sprint Long Distance
P O Box 530503
Atlanta GA 30353


Sprint Wireless
5040 Riverside Drive
Irving TX 75039


Stephens Michael   Assoc
63 Range Road
Windham NH 03087


The Dillon Law Firm
2775 Cruse Road Ste 201
Lawrenceville GA 30044


The Hayrack
325 Rutherford Street
Landrum SC 29356


Transworld Systems
PO Box 1864
Santa Rosa CA 95402


Trisha Walsh
P O Box 738
Landrum SC 29356


U S  Postmaster

```
Wendell Lee Well Services
P O Box 205
Roebuck SC 29376
```

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re    **Ashdown Roses, Ltd.**

                                Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Action International**<br>**9575 Benford Ave**<br>**Orlando, FL 32827** | **Action International**<br>**9575 Benford Ave**<br>**Orlando, FL 32827** | **Vendor** | | **517,023.00** |
| **American Express**<br>**P.O. Box 530001**<br>**Atlanta, GA 30353** | **American Express**<br>**P.O. Box 530001**<br>**Atlanta, GA 30353** | | | **13,961.25** |
| **Ann & Larry Peck**<br>**1000 Mitchell Road**<br>**Blaine, TN 37709** | **Ann & Larry Peck**<br>**Blaine, TN 37709** | **Friend to them** | | **20,000.00** |
| **Brandon Law Firm**<br>**175 Magnolia Suite 101**<br>**Spartanburg, SC 29306** | **Brandon Law Firm**<br>**175 Magnolia Suite 101**<br>**Spartanburg, SC 29306** | **Vendor** | | **3,538.17** |
| **Christine Zimmerman**<br>**323 Thompson St**<br>**Hendersonville, NC** | **Christine Zimmerman**<br>**323 Thompson St**<br>**Hendersonville, NC** | **Mother let borrow** | | **50,000.00** |
| **Citibank Credit Card**<br>**P.O.Box 6000**<br>**The Lakes, NV 89163** | **Citibank Credit Card**<br>**P.O.Box 6000**<br>**The Lakes, NV 89163** | | | **3,789.50** |
| **Clifford Orent**<br>**P.O.Box 760**<br>**Morongo Valley, CA 92256** | **Clifford Orent**<br>**P.O.Box 760**<br>**Morongo Valley, CA 92256** | **Friend to them** | | **20,000.00** |
| **Corrie Woods**<br>**50 Merrywood Lane**<br>**Tryon, NC 28782** | **Corrie Woods**<br>**50 Merrywood Lane**<br>**Tryon, NC 28782** | **Friend to them** | | **10,000.00** |
| **Deborah L. Myers**<br>**3814 Collinsville Road**<br>**Arcola, MS 38722** | **Deborah L. Myers**<br>**3814 Collinsville Road**<br>**Arcola, MS 38722** | **Back interest payments.** | | **3,300.00** |
| **Dell Financial Services**<br>**P.O.Box 5292**<br>**Carol Stream, IL 60197** | **Dell Financial Services**<br>**P.O.Box 5292**<br>**Carol Stream, IL 60197** | **Vendor; acct #'s 0003-6122361-002 003-6122361-003; 0036122361-004** | | **6,618.12** |
| **Lease Capital Group**<br>**P.O.Box 1075**<br>**Devon, PA 19333** | **Lease Capital Group**<br>**P.O.Box 1075**<br>**Devon, PA 19333** | **Vendor** | | **3,612.50** |
| **Margaret Helfrich** | **Margaret Helfrich** | **Aunt let borrow in Euro** | | **10,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Ashdown Roses, Ltd.**                                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Modular Space**<br>**530 Swedesford Road**<br>**Wayne, PA 19087** | **Modular Space**<br>**530 Swedesford Road**<br>**Wayne, PA 19087** | **Vendor** | | **6,805.57** |
| **Pam Stone**<br>**2000 Caldwell Road**<br>**Landrum, SC 29356** | **Pam Stone**<br>**2000 Caldwell Road**<br>**Landrum, SC 29356** | **Partner** | | **7,850.00** |
| **Ray & Cindy Norden**<br>**315 Gibson Road**<br>**Landrum, SC 29356** | **Ray & Cindy Norden**<br>**315 Gibson Road**<br>**Landrum, SC 29356** | **Back interest due.** | | **3,850.00** |
| **Rosenberg Press**<br>**P.O>Box 6125**<br>**Dural Delivery Centre** | **Rosenberg Press**<br>**P.O>Box 6125**<br>**Dural Delivery Centre** | | | **5,724.60** |
| **Smith Media, LLC**<br>**P.O.Box 11877**<br>**Columbia, SC 29211** | **Smith Media, LLC**<br>**P.O.Box 11877**<br>**Columbia, SC 29211** | **Vendor** | | **4,268.45** |
| **Sonne-Gro**<br>**P.O.Box 6906**<br>**Knoxville, TN 37914** | **Sonne-Gro**<br>**P.O.Box 6906**<br>**Knoxville, TN 37914** | **Vendor** | | **12,792.38** |
| **Trisha Walsh**<br>**P.O.Box 738**<br>**Landrum, SC 29356** | **Trisha Walsh**<br>**P.O.Box 738**<br>**Landrum, SC 29356** | **Employee** | | **3,175.98** |
| **U.S. Postmaster** | **U.S. Postmaster** | **Vendor** | | **5,372.58** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 26, 2008**                           Signature  **/s/ Paul F. Zimmerman**
                                                                        **Paul F. Zimmerman**
                                                                        **Owner/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.